| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 3 |

| PAPIERFABRIK AUGUST KOEHLER SE, <br>                                         Plaintiff, <br> v. <br> UNITED STATES, <br>                                         Defendant. | **SUMMONS** <br> **Court No. 14-00150** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                            **/s/Tina Potuto Kimble** <br>
                                                            Clerk of the Court

1. Papierfabrik August Koehler SE
   Plaintiff is a foreign producer and United States importer of subject merchandise and therefore an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Plaintiff was found to have submitted an adequate substantive response to the Initiation of Five-Year ("Sunset") Review by Commerce and also filed a case brief in response to Commerce's Preliminary Results that gave rise to the contested determination, and is therefore a "party to the proceeding" and is entitled to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Lightweight Thermal Paper from Germany: Final Results of the First Full Sunset Review of the Antidumping Duty Order, 79 Fed. Reg. 32,218 (Dep't of Commerce June 4, 2014).
   (Brief description of contested determination)

3. May 28, 2014
   (Date of determination)

4. <u>June 4, 2014</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

>F. Amanda DeBusk
>HUGHES HUBBARD & REED LLP
>1775 I Street, N.W.
>Washington, D.C. 20006
>(202) 721-4790
>debusk@hugheshubbard.com

<u>/s/ F. Amanda DeBusk</u>
Signature of Plaintiff's Attorney

<u>June 27, 2014</u>
Date

64354229_6

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Barbara S. Williams
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278

Kelly R. Welsh
General Counsel, U.S. Department of Commerce
14th & Constitution Avenue, NW
Mail Stop 5875 HCHB
Washington, DC 20230